# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**576**

**CA 13-00911**

PRESENT: SMITH, J.P., PERADOTTO, SCONIERS, WHALEN, AND DEJOSEPH, JJ.

---

TIMOTHY D. GAY, PLAINTIFF-APPELLANT,

V                                    MEMORANDUM AND ORDER

MARIA GAY, DEFENDANT-RESPONDENT.
(APPEAL NO. 4.)

---

MELVIN & MELVIN, PLLC, SYRACUSE, D.J. & J.A. CIRANDO, ESQS. (JOHN A. CIRANDO OF COUNSEL), FOR PLAINTIFF-APPELLANT.

MACHT, BRENIZER & GINGOLD, P.C., SYRACUSE (JON W. BRENIZER OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered November 21, 2012 in a divorce action. The order granted defendant's request for attorney's fees and directed plaintiff to pay defendant's attorney the sum of $2,678.90.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Gay v Gay* ([appeal No. 1] ___ AD3d ___ [June 13, 2014]).

Entered:  June 13, 2014                      Frances E. Cafarell
                                             Clerk of the Court